# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| WARNER BROS. RECORDS INC., ET AL.,<br>v.<br>RAUL BUENROSTRO | Plaintiff(s)<br><br>Defendant(s) | C 07 4291 JF<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a **I served** copies of the *(specify documents)*:
   **NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

2. **Person served:**
   a. ☐ Defendant *(name)*:   RAUL BUENROSTRO
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **Neomi Buenrostro  Daughter In-Law, Co-Resident, A Hispanic female approx. 35-40 years of age 5'0"-5'2" in height weighing 100-120 lbs with black hair**
   c: ☒ Address where papers were served:  **130 15TH RICHMOND, CA 94801**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service.** By leaving copies:
      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*:  **Sep 1 2007**        at *(time)*:  **9:38:00 AM**
      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ **papers were mailed on** *(date)*: _____
      6. ☐ **due diligence.** I made at least (3) attempts to personally serve the defendant.

| PLAINTIFF/PETITIONER: WARNER BROS. RECORDS INC., ET AL., | CASE NUMBER: C 07 4291 JF |
|---|---|
| DEFENDANT/RESPONDENT: RAUL BUENROSTRO | |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*   (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [X] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)          [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                 [ ] 415.46 (occupant)
                                                         [ ] other

7. **Person who served papers**
  a. Name:                 **MARK E. HARMON**
  b. Address:             **P.O. Box 21486, Concord, CA 94521**
  c. Telephone number:  **925-833-4055**
  d. The fee for service was:  **$70.00**
  e. I am:
    (1) [ ] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [X] registered California process server:
        (i) [ ] owner  [ ] employee  [X] independant contractor
        (ii) [X] Registration No.: **615**
        (iii) [X] County:        **CONTRA COSTA**

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **9/5/2007**

_____
**MARK E. HARMON**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2

Order No. 4899356