1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  INTERSCOPE RECORDS; SONY BMG MUSIC
   ENTERTAINMENT; LAFACE RECORDS LLC;
8  UMG RECORDINGS, INC.; and CAPITOL
9  RECORDS, INC.

10                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
11                      SAN JOSE DIVISION
12

13 | WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. C 07-04291 JF

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs,

v.

RAUL BUENROSTRO,

Defendant.

---

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04291 JF
#31918 v1

1   Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et
2   al*., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3   infringement claim against Defendant Raul Buenrostro, each party to bear its/his own fees and costs.
4   The Clerk of Court is respectfully requested to close this case.

Dated:  September 26, 2007                              HOLME ROBERTS & OWEN LLP

                                                        By:  ___*/s/ Matthew Franklin Jaksa*___
                                                              MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs
                                                              WARNER BROS. RECORDS
                                                              INC.; INTERSCOPE RECORDS;
                                                              SONY BMG MUSIC
                                                              ENTERTAINMENT; LAFACE
                                                              RECORDS LLC; UMG
                                                              RECORDINGS, INC.; and
                                                              CAPITOL RECORDS, INC.

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. C 07-04291 JF
#31918 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On September 26, 2007, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Raul Buenrostro**
> **130 15th**
> **Richmond, CA  94801**

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 26, 2007 at San Francisco, California.

_Molly Morris_
Molly Morris

Proof of Service
Case No. C 07-04291 JF
#31918 v1